**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-20045 |
| | ) |
| **JUSTIN M. ROTRAMEL,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 29, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 39). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for April 11, 2022, at 11:00 AM in Urbana before Judge Michael M. Mihm.

ENTERED this 14$^h$ day of December, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge