IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JUSTIN M. ROTRAMEL,<br>    Defendant. | )<br>)<br>)<br>)   Case No.: 20-CR-20045<br>)<br>)<br>) |

### DEFENDANT'S AMENDED COMMENTARY ON SENTENCING

Now Comes the Defendant, JUSTIN M. ROTRAMEL, herein after the Defendant, by and through his attorney, Monroe D. McWard of the McWard Law Office, and for his Amended Commentary on Sentencing, states to this Honorable Court that:

### BACKGROUND

**I.   Factual and Procedural Background**

The Defendant accepts all paragraphs of the Pre-Sentencing report as amended, by the addendum of April 4, 2022.

### CRIMINAL HISTORY

**II.   Defendant's Criminal History**

The Defendant agrees with the Criminal History of the Defendant as stated in the Pre-Sentences report, P.S.R, R 11, Paragraph 49. His criminal history is zero and establishes a criminal history category of I.

**III.   GUIDELINES**

Based on a criminal history category of I and a total offense level of 30, the guideline range is 97 months to 121 months.

**IV. PLEA AGREEMENT**

There is no Plea Agreement.

### ANALYSIS AND RECOMMENDATION

**V.   Sentence Recommendation**

The Defendant requests the Court to sentence the Defendant to 97 months in the Bureau of Prison. That sentence should be followed by a minimum term of 10 years of Supervised

Release.

### IV. MENTAL AND EMOTIONAL HEALTH

The Defendant has been diagnosed with the following:

1. Major Depression Disorder.

2. Generalized Anxiety Disorder.

3. Schizoaffective Disorder diagnosed by a Military Doctor since 2009.

4. The Defendant suffers from non-alcohol related black outs.

The Defendant has a long history of alcohol abuse and mental history. He was a Gateway Foundation in-patient in May and June of 2020 for treatment. Subsequently he was admitted to the Veteran's Administration in July of 2020 for alcohol and mental health issues. He is currently prescribed and takes Effexor for depression and anxiety and Olanzapine for the Schizoaffective Disorder. He is mentally ill and will probably continue to be mentally ill for the rest of his life.

### VII. SUMMARY

It is our recommendation that the Defendant be sentenced to 97 months in the Bureaus of Prisons and for 10 years of supervised release. We further recommend that the Defendant be allowed to participate in any substance abuse programs available with the Bureau of Prison, that he receive correct credit for his detention since his bond was revoked. Mr. Rotramel requests the Bureau of Prisons attempt to place him some place within the Mid-West so he may be near his family and continue to have their support.

In closing, please consider his long history of mental health and that he honorably served his Country until his mental health no longer allowed him to serve.

Respectfully submitted,
JUSTIN R. ROTRAMEL, Defendant

By: /s/ Monroe D. McWard
McWARD LAW OFFICE
107 South Washington Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799

## CERTIFICATE OF SERVICE

**TO:** Elham M Peirson

elly.peirson@usdoj.gov

The undersigned does hereby certify that on the 7th day of April, 2022, she served the foregoing by hand delivering or depositing in the United States Mail in Taylorville, Illinois 62568, in an envelope with sufficient First Class Postage attached to carry same to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned does hereby certify that the statements contained herein are true and correct.

By: /s/ Rayanna Anderson
Rayanna Anderson, Legal Secretary
to Monroe D. McWard, Attorney at Law

McWARD LAW OFFICE
107 South Washington Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799